UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| DANNY RIVERA ZORILLA, | ) | |
| | ) | Count One: Unlawful Reentry of |
| Defendant | ) | Deported Alien |
| | ) | (8 U.S.C. § 1326) |
| | ) | |

INDICTMENT

COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. § 1326)

The Grand Jury charges:

On or about July 17, 2019, in Everett, in the District of Massachusetts, the defendant,

DANNY RIVERA ZORILLA,

being an alien and having been excluded, removed, and deported from the United States on or about March 19, 2013, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1), and Title 6, United States Code, Sections 202(3) and (4), and 557.

1

A TRUE BILL

FOREPERSON

KENNETH G. SHINE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: FEBRUARY 20, 2020
Returned into the District Court by the Grand Jurors and filed.

DEPUTY/CLERK
2/20/2020 @ 3:07pm

2